IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO,<br>　　　　　Plaintiff,<br><br>vs.<br><br>SAN LUIS OBISPO SUPERIOR COURT, et al.<br><br>　　　　　Defendants. | No. C 12-0966 JW (PR)<br><br>ORDER OF TRANSFER |

On February 27, 2012, plaintiff filed this pro se civil rights action against the San Luis Obispo Superior Court and three San Luis Obispo Superior Court judges. San Luis Obispo Superior Court is located in San Luis Obispo County, within the venue of the Central District of California. See 28 U.S.C. § 84(c). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District, and not in this one. See 28 U.S.C. § 1391(b).

//

//

//

//

Order of Transfer
G:\PRO-SE\JW-SF\CR-12\Castillo-12-0966_transfer.wpd

1   Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a),
2   this action is TRANSFERRED to the United States District Court for the Central
3   District of California. The clerk shall transfer this matter.
4   IT IS SO ORDERED.

6   DATED: 4/24/12



JAMES WARE
United States Chief Judge

Order of Transfer
G:\PRO-SE\JW-SF\CR-12\Castillo-12-0966_transfer.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRIS CASTILLO,

       Plaintiff,

v.

SAN LUIS OBISPO SUPERIOR COURT et al,

       Defendant.
       _____/

Case Number: CV12-00966 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chris Castillo 11-11655
Dona Anna Detention
1850 Copper Loop
Las Cruces, NM 88005

Dated: April 24, 2012

Richard W. Wieking, Clerk
By: T. De Martini, Deputy Clerk